**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CARLOS RUIZ,**

      **Plaintiff,**

**v.**                                  **Case No.: 3:12cv404/MCR/CJK**

**LIEUTENANT WILLIAMS, et al.,**

      **Defendants.**
_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 11, 2012 (doc. 10), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation (doc. 11), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED WITHOUT PREJUDICE** as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

3.    The clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of March, 2013.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**